NARETTI v. SCULLY.

(District Court, E. D. Pennsylvania. July 30, 1904.)

No. 1.

1. JUDGMENTS—RELEASE—ANSWER—AMENDMENT.

Where, on an issue as to the validity of a release of a judgment, the answer alleged that the release was executed without consideration, but the release showed on its face that a consideration was paid, and the depositions failed to sustain the answer, but tended to show that libelant was coerced into executing the release through fear of imprisonment, the latter would be permitted to amend his answer so as to attack the validity of the release on that ground.

In Admiralty. Upon a rule to show cause why clerk should not file a release, the libelant was permitted to amend his answer.

Joseph Hill Brinton, for libelant.
George Hart, for respondent.

HOLLAND, District Judge. In the matter of the petition of John Scully, by his attorney, George Hart, for a rule on the clerk to file a release of a judgment against the said respondent in the above-mentioned case, I have carefully read the depositions on both sides. The petition alleges the execution of the release of this judgment, and the filing of the same with the clerk. The libelant alleges, as a matter of defense, that there was no consideration for the execution of the same, but the release shows upon its face that there was a consideration paid. It is duly executed, and properly witnessed before a notary public, although its execution is denied by the libelant. The facts in this case are rather extraordinary, and call for a thorough investigation. Papers properly and legally executed cannot be set aside without proper proceedings had, and deliberate consideration of the same. The depositions of respondent fail to sustain the answer, but, taken together with those of the libelant, they would indicate that the libelant was coerced into executing this release through fear of imprisonment. If that is the case, the answer should fully state the facts as they really are, and attack the validity of the release upon such grounds as will

enable the court to investigate its validity, and depositions taken to ascertain the exact truth in the matter.

The libelant is therefore allowed to amend his answer, in accordance with the facts as stated at the argument, and as indicated in the depositions, on or before September 1st.